**Order entered January 6, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00969-CV

**BRIGETTA D'OLIVIO A/K/A BRIGETTA ALIX ANDERSON, ALIX BRIGETTA, Appellant**

**V.**

**HILARY THOMPSON HUTSON, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04855-2019**

### ORDER

Before the Court are (1) court reporter Janet L. Dugger's January 5, 2021 request for an extension of time to file the reporter's record and (2) Collin County District Clerk Lynne Finley's January 5, 2021 letter explaining to the Court that the clerk's record has not been filed because an additional fee for the record was determined after appellant had tendered payment, and appellant has not yet paid the additional portion.

We **GRANT** Ms. Dugger's extension request and **ORDER** the reporter's record be filed no later than March 1, 2021.  We further **ORDER** appellant to file, no later than January 19, 2021, written verification of payment for the clerk's record.  *We caution Ms. Dugger that further extension requests will be disfavored and we caution appellant that failure to file the requested verification may result in dismissal of the appeal without further notice*, *see* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dugger, Ms. Finley, and the parties.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE